AMY S. RAMSEY, Bar No. 315981
aramsey@littler.com
JANNINE E. KRANZ, Bar No. 272389
jkranz@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
Telephone: 213.443.4300
Facsimile: 213.443.4299

Attorneys for Defendants
ALLSCRIPTS HEALTHCARE, LLC, and
ALLSCRIPTS HEALTHCARE SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TANYA DONEL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALLSCRIPTS HEALTHCARE, LLC, a North Carolina limited liability company; ALLSCRIPTS HEALTHCARE SOLUTIONS, INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.  2:20-cv-5319<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**<br><br>Los Angeles Superior Court<br>Case No. 20STCV16777<br>Complaint Filed: May 1, 2020 |

DEFENDANTS' CORPORATE
DISCLOSURE STATEMENT

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, PLAINTIFF AND TO HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 7.1 and Central District Local Rule 7.1-1, the undersigned, counsel of record for Defendants Allscripts Healthcare, LLC, and Allscripts Healthcare Solutions, Inc. states as follows:

Allscripts Healthcare, LLC is a sole member limited liability company and the sole member is Allscripts Healthcare US, LP. Allscripts Healthcare US, LP, is a limited partnership that is owned ninety-nine percent by Allscripts Holdings, LLC, and one percent by Allscripts Holdings 2, LLC. Allscripts Holdings, LLC, and Allscripts Holdings 2, LLC, are, sole member limited liability companies and the sole member for both entities is Allscripts Healthcare Solutions, Inc.

Allscripts Healthcare Solutions, Inc. has no parent corporation and no publicly held corporation owns 10% or more of Allscripts Healthcare Solutions, Inc.'s stock.

Dated: June 15, 2020

/s/ Jannine E. Kranz
AMY S. RAMSEY
JANNINE E. KRANZ
LITTLER MENDELSON, P.C.
Attorneys for Defendants
ALLSCRIPTS HEALTHCARE, LLC
and ALLSCRIPTS HEALTHCARE
SOLUTIONS, INC.

4815-3276-4351.1 079231.1038

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT 2.